FILED

02/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0126

_____

IN RE THE REINSTATEMENT OF
THE DRIVER'S LICENSE OF

CHARLEE BLAYLOCK,                                          O R D E R

      Petitioner and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2022